DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADAM TWINLEY,**
Appellant,

v.

**MARY JANE TWINLEY,**
Appellee.

No. 4D18-1090

[August 16, 2018]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael J. McNicholas, Judge; L.T. Case No. 16-693DR.

Linda Elise Capobianco of Stone & Capobianco PL, Stuart, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***